UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY WILDER,** | : | Civil No. 1:20-CV-492 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **KILOLO KIJAKAZI,**  Acting Commissioner of Social Security[1], | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, this 9th day of September 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g) Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.